HENRY A. DODIN et al., Appellants, *v.* CLARA B. DODIN, Respondent, Impleaded with Another.

*Dodin* v. *Dodin,* 116 App. Div. 327, affirmed.
(Submitted February 21, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 14, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to set aside a conveyance of real property as fraudulent.

*Jacob Fromme* and *W. Stebbins Smith* for appellants.

*Frederic R. Coudert* and *Lorenzo Semple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch, J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.